IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:
HEIDI E BLAKE
    Debtor

FREEDOM MORTGAGE CORPORATION
    Movant

    v.

HEIDI E BLAKE
    and
NATALIE LUTZ CARDIELLO (TRUSTEE)
    Respondents

BK. No. 20-21316-GLT

Chapter No. 7

Related to Doc. Nos,: 14, 35

FILED
6/17/20 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## CONSENT ORDER OF COURT GRANTING MOTION OF FREEDOM MORTGAGE CORPORATION, FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this  17th  day of  June , 2020, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of FREEDOM MORTGAGE CORPORATION ("Movant") on May 11, 2020 (the "Motion for Relief") [Dkt. No. 14], the Trustee's response thereto filed on May 18, 2020 (the "Response") [Dkt. No. 20], and with the consent of the parties, it is hereby ORDERED that:

1. The Motion for Relief is granted with the effective date of the earlier of November 30, 2020, or the date on which the Trustee files a Report of No Distribution.

2. The hearing scheduled for June 18, 2020 at 10:00 a.m. is cancelled.

Dated: 6/17/20

_____
Gregory␣␣Taddonio    hct
U.S. BANKRUPTCY JUDGE

Contested to by:

*/s/ Thomas Y. Song, Esquire*
Thomas Y. Song, Esquire
*Attorney for Movant*

*/s/ Natalie Lutz Cardiello,, Esquire*
Natalie Lutz Cardiello, Esquire
*Chapter 7 Trustee*